ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2010 JUN 21 P 3:36

CLERK _____

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| TERRY LAMAR BAKER, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 309-097 |
| DR. MARY ALSTON, et al., | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this action is **DISMISSED** without prejudice as a sanction for abuse of the judicial process and for failure to exhaust administrative remedies.

SO ORDERED this 21st day of June, 2010, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE